UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON E. OGBOLU,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; LEE C. BOLLINGER; JANE E. BOOTH; PATRICIA S. CATAPANO; ANDREW W. SCHILLING,<br><br>                              Defendants. | 21-CV-1697 (JPO)<br><br>ORDER OF SERVICE |

J. PAUL OETKEN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.[1]

The Clerk of Court is directed to issue summonses as to Defendants The Trustees of Columbia University in the City of New York; Lee C. Bollinger; Jane E. Booth; Patricia S. Catapano; and Andrew W. Schilling. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] By order dated April 1, 2021, Judge McMahon noted that Plaintiff had filed an amended complaint on March 30, 2021, and two more on March 31, 2021 (ECF Nos. 5-8), and ordered that these be stricken from the record because the Federal Rules of Civil Procedure do not provide for a plaintiff to file multiple complaints as of right. *See* Fed. R. Civ. P. 15. Before the April 1, 2021 Order to Amend was entered onto the docket on April 5, 2021, Plaintiff on April 4, 2021, filed a Sixth Amended Complaint. Because that complaint was filed without the benefit of the Court's order, the Court deems the Seventh Amended Complaint (ECF 19), filed on April 10, 2021, after the Court's Order to Amend, as the operative complaint.

The Clerk of Court is directed to electronically transmit a copy of this order to Plaintiff,

and to mail an information package.

SO ORDERED.

Dated:    April 22, 2021
          New York, New York

_____
            J. PAUL OETKEN
        United States District Judge