UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON E. OGBOLU,

                        Plaintiff,

          -v-

COLUMBIA UNIVERSITY IN THE
CITY OF NEW YORK, et al.,

                        Defendants.

21-CV-1697 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

Plaintiff Brandon E. Ogbolu recently filed two letters in this action: (1) requesting help enrolling in the CM/ECF introduction course, and (2) asking why the Second Amended Complaint does not appear on PACER. (Dkt. Nos. 37, 37.) The Court addresses each in turn.

With respect to the CM/ECF introduction course, instead of enrolling for the online course, Plaintiff may instead simply review the information contained at the links listed under "Online Learning" on the right-hand side of the ECF training webpage (accessible at the following link: https://nysd.uscourts.gov/programs/ecf-training). After reviewing this information, Plaintiff may then certify that he has "completed the Court's CM/ECF introduction course" in the Motion for Permission for Electronic Case Filing, which he should then file on the docket. Should he encounter any difficulties, Plaintiff may contact the ECF Help Desk at (212) 805-0800.

With respect to the PACER issue, the Court has reviewed the docket and sees the Second Amended Complaint at Docket Number 35. The document should appear on PACER shortly, if it is not already there.

      SO ORDERED.

May 28, 2021

                                                          J. PAUL OETKEN
                                                           United States District Judge