USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BRANDON OGBOLU,**

      **Plaintiff,**

v.

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, LEE C. BOLLINGER, JANE E. BOOTH, PATRICIA S. CATAPANO, AND ANDREW W. SCHILLING,**

      **Defendants.**

LETTER TO JUDGE
August 6, 2021

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: A message to deliver to Judges Robert W. Lehrburger and J. Paul Oetken; Case No. 21-CV-1697 (JPO)

Your Honor,

    I have an important message to deliver to both you and Judge J. Paul Oetken. Would you permit me to file it under seal?

Dated: Las Vegas, NV
       August 6, 2021

Respectfully submitted,

/s/ Brandon Ogbolu
Brandon Ogbolu (Plaintiff)
1500 Bay Road #1110
Miami Beach, Florida 33139
Email: Beo2106@protonmail.com
Telephone: (917) 831-9077

*Pro se*

Request denied without prejudice. Plaintiff's request to file under seal must explain the basis for the request, which must satisfy the Second Circuit's high standards for filing under seal.

SO ORDERED:
8/9/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1