# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRANDON E. OGBOLU,

                      Plaintiff,                     21 **CIVIL** 1697 (JPO)

        -against-                            **JUDGMENT**

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,
et al.,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 31, 2022, Defendants' motion to dismiss the complaint with prejudice is GRANTED. Plaintiff's motion for a preliminary injunction is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
           January 31, 2022

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                      BY:
                                                             **Deputy Clerk**